UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **MARLIN VOGEL** | **CIVIL ACTION NO. 24-cv-1274** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **HAL STANLEY JONES ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Remand [Doc. No. 15] filed by Plaintiff Marlin Vogel is **DENIED**.

MONROE, LOUISIANA, this 27th day of June, 2025.

_____
Terry A. Doughty
United States District Judge